**MORGAN, LEWIS & BOCKIUS LLP**
Sean P. Lynch (NJ Attorney ID# 021172002)
502 Carnegie Center
Princeton, New Jersey 08540
609.919.6611
sean.lynch@morganlewis.com

**MORGAN, LEWIS & BOCKIUS LLP**
Anne Marie Estevez (*pro hac vice pending*)
200 South Biscayne Boulevard, Suite 5300
Miami, FL 33131-2339
305.415.3330
annemarie.estevez@morganlewis.com
*Attorneys for Defendants*
*Ascena Retail Group, Inc. and Lane Bryant, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANITA LEAKEY, an individual, on her own behalf and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ASCENA RETAIL GROUP, INC., a Delaware corporation; LANE BRYANT, INC., a Delaware corporation, <br><br> Defendants. | Civil Action No.: 2:18-cv-12221-CCC-MF <br><br> **NOTICE OF MOTION TO DISMISS AND TRANSFER VENUE** <br><br><br> *Oral Argument Requested* <br><br> Motion Day: December 3, 2018 |

**TO**:  Michael Brusca, Esq.
300 Carnegie Center Drive - Suite 150
Princeton, New Jersey 08540
mbrusca@dbtriallawyers.com

BRADLEY/GROMBACHER LLP
Marcus J. Bradley, Esq.
Kiley L. Grombacher, Esq.
Taylor L. Emerson, Esq.
2815 Townsgate Road – Suite 130
Westlake, Village, CA 91361
mbradley@bradleygrombacher.com
kgrombacher@bradleygrombacher.com
temerson@bradleygrombacher.com
*Attorneys for Plaintiff*

**COUNSEL**:

     **PLEASE TAKE NOTICE** that on December 3, 2018 at 9:00 a.m., or as soon thereafter as counsel may be heard, Defendants Ascena Retail Group, Inc. and Lane Bryant, Inc. ("Defendants"), by and through their counsel, Morgan, Lewis & Bockius, LLP, will move before the Honorable Claire C. Cecchi, U.S.D.J., of the United States District Court for the District of New Jersey, at the Martin Luther King Building & U.S. Courthouse, located at 50 Walnut Street, Newark, New Jersey 07101, for the entry of an Order pursuant to 28 U.S.C. §1404 transferring this action to the United States District Court for the Southern District of Texas or, alternatively, for entry of an Order pursuant to Fed. R. Civ. P. 12(b)(6) dismissing the claims asserted by Plaintiff Anita Leakey for failure to state a claim upon which relief can be granted.

     **PLEASE TAKE FURTHER NOTICE** that in support of this motion, Defendants shall rely upon the accompanying memorandum of law and Declarations of Anna Gonzalez and Gary Holland.

Dated: November 5, 2018          Respectfully submitted,

                                        MORGAN, LEWIS & BOCKIUS LLP

                                        *s/ Sean P. Lynch*
                                        Sean P. Lynch
                                        502 Carnegie Center
                                        Princeton, New Jersey 08540
                                        Phone: (609) 919-6611
                                        Fax: (609) 919-6701
                                        Sean.Lynch@morganlewis.com

                                        MORGAN, LEWIS & BOCKIUS LLP
                                        Anne Marie Estevez (*pro hac vice pending*)
                                        200 South Biscayne Boulevard, Suite 5300
                                        Miami, FL 33131-2339
                                        305.415.3330
                                        annemarie.estevez@morganlewis.com
                                        *Attorneys for Defendants*
                                        *Ascena Retail Group, Inc. and Lane Bryant, Inc.*