UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANITA LEAKEY, an individual, on her own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ASCENA RETAIL GROUP, INC., a Delaware corporation; LANE BRYANT, INC., a Delaware corporation,<br><br>Defendants. | Civil Action No.: 2:18-cv-12221-CCC-MF<br><br>**NOTICE OF VOLUNTARY<br>DISMISSAL WITH PREJUDICE**<br><br>*Electronically Filed* |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Anita Leakey, by and through their undersigned counsel, dismisses her Complaint in the above-referenced action against Defendants Ascena Retail Group, Inc. and Lane Bryant, Inc., with prejudice and without costs to either party, defendants not having filed an answer or motion for summary judgment.

Dated: March 4, 2019

DAVIS & BRUSCA, LLC

Michael Brusca, Esq.
300 Carnegie Center Drive Suite 150
Princeton, New Jersey 08540
Tel. 9609.919.2540
mbrusca@dbtriallawyers.com

BRADLEY/GROMBACHER, LLP
Marcus J. Bradley, Esq. (*pro hac pending*)
Kiley L. Grombacher, Esq. (*pro hac pending*)
Taylor L. Emerson, Esq. (*pro hac pending*)
2815 Westlake Village, CA 91361
Tel. 805.270.7100
mbradley@bradleygrombacher.com
kgrombacher@bradleygrombacher.com
temerson@bradleygrombacher.com

*Counsel for Plaintiff Anita Leakey*

SO ORDERED

*s/Claire C. Cecchi*
Claire C. Cecchi, U.S.D.J.

Date: 3/18/19